UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE ROMANO SPRINGFIELD,<br>Plaintiff,<br>v.<br>ELMWOOD MEN FACILITY, et al.,<br>Defendants. | Case No. 23-cv-03325-RMI<br><br>**ORDER OF DISMISSAL WITH LEAVE TO AMEND** |

Plaintiff, a former detainee proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. His original complaints were dismissed with leave to amend, and plaintiff was provided an opportunity to file an amended complaint. (dkt. 15). Plaintiff's allegations were difficult to understand, and he was instructed to provide specific details. Plaintiff has not filed an amended complaint but did file a letter. (dkt. 18). To the extent the letter was an amended complaint it is dismissed with leave to amend. Plaintiff will be provided an opportunity to file a second amended complaint.

Plaintiff must include all of his allegations in the second amended complaint. He must identify the Defendants and describe how they violated his constitutional rights. Any claims or Defendants not included in the second amended complaint will be dismissed. Plaintiff should review the instructions from the original screening order.

For the foregoing reasons:

1. The Amended Complaint (dkt. 18) is **DISMISSED** with leave to amend. The Clerk shall **SEND** Plaintiff a copy of dkt. 15. The second amended complaint must be filed within **twenty-eight (28) days** of the date this order is filed, and it must include the caption and civil case number used in this order and the words "SECOND AMENDED COMPLAINT" on the first page.

1   Because an amended complaint completely replaces the original complaint, Plaintiff must include
2   in it all the claims he wishes to present. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir.
3   1992). Plaintiff may not incorporate material from the original Complaint by reference. Failure to
4   amend within the designated time will result in dismissal of this case.

5       2.  It is Plaintiff's responsibility to prosecute this case. Plaintiff must keep the court
6   informed of any change of address by filing a separate paper with the clerk, headered "Notice of
7   Change of Address," and must comply with the court's orders in a timely fashion. Failure to do so
8   may result in dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil
9   Procedure 41(b).

**IT IS SO ORDERED.**

Dated: December 5, 2023

_____
ROBERT M. ILLMAN
United States Magistrate Judge