UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE ROMANO SPRINGFIELD, <br><br> Plaintiff, <br><br> v. <br><br> ELMWOOD MEN FACILITY, et al., <br><br> Defendants. | Case No. 23-cv-03325-VC <br><br> **ORDER OF DISMISSAL** |

Wayne Romano Springfield, a former detainee at Elmwood Correctional Facility in Santa Clara County, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. The complaint was dismissed with leave to amend, but Springfield has not filed an amended complaint or otherwise communicated with the court. It also appears that mail sent to Springfield has been returned as undeliverable because he is no longer in custody. *See* Dkt. No. 20. Accordingly, this action is DISMISSED without prejudice for failure to prosecute and for failure to comply with the court's order, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Springfield may move to reopen the action. Any such motion should be clearly labelled "MOTION TO REOPEN" and it must contain an amended complaint. The clerk shall close the case.

**IT IS SO ORDERED.**

Dated: April 17, 2024

_____
VINCE CHHABRIA
United States District Judge